**United States District Court**
**Violation Notice**

CVB Location Code: MN3

Violation Number: H 5040635
Officer Name (Print): Skramstad
Officer No.: 574

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 8-23-2013 1430
Offense Charged: 41 CFR 102-74.390 A

Place of Offense: 1 Federal Drive

Offense Description: Disturbance/Disorderly Conduct

DEFENDANT INFORMATION
Phone: (651) 955-6708

[Defendant info redacted]

VEHICLE DESCRIPTION

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 250.00 Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ 275.00 Total Collateral Due

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
Date (mm/dd/yyyy):
Time (hh:mm):

X Defendant Signature

Original - CVB Copy          GSA2637

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 8-23, 2013 while exercising my duties as a law enforcement officer in the 3rd District of MN

I officer skrmstad with the Federal Protective service, Through my personal investigation, did find that the individual stated on the front of this ticket was in violation of 41 CFR 102-74.390(A). Morris was being loud, disruptive, and cursing at UA employee. Morris disrupted UA business and caused a UA employee to Activate a fire alarm.

The foregoing statement is based upon:
☐ my personal observation
☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 8-23-2013
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge